**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

ROBERT SHAHNAZARYAN,

Petitioner,

v.

ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO GROUP INC., et al.,

Respondents.

No. 5:26-cv-04109-KK-BDM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Petition is **granted**. Petitioner Robert Shahnazaryan (A# 246-615-655) **shall be immediately released** from immigration detention on the conditions of parole previously imposed.

3. Respondents shall file a status report within three business days of this Order confirming compliance with the Court's Order.

4. Upon receipt of the status report, Judgment shall be entered consistent with this Order.

5. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: July 31, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE