JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT SHAHNAZARYAN,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO GROUP INC, et al,<br>Respondents. | No. 5:26-cv-04109-KK-BFM<br>**JUDGMENT** |

On July 31, 2026, the Court issued an order granting the petition and ordered Petitioner Robert Shahnazaryan (A# 246-615-655) to be immediately released on the conditions of parole previously imposed. (ECF 12.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 13.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: August 4, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE